HEATHER E. WILLIAMS, CA Bar No. 122664
Federal Defender
MEGHAN D. MCLOUGHLIN, NY Bar No. 5342100
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
EDDIE SIGFREDO ARROYO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDDIE SIGFREDO ARROYO,<br><br>Defendant. | Case No. 2:22-CR-00066-TLN<br><br>**STIPULATION TO CONTINUE DETENTION HEARING; FINDINGS AND ORDER**<br><br>DATE:   June 7, 2023<br>TIME:    2:00 p.m.<br>COURT: Hon. Kendall J. Newman |

**STIPULATION**

Defendant, EDDIE SIGFREDO ARROYO, by and through his counsel of record, and Plaintiff, United States of America, hereby stipulate as follows:

1. On May 31, 2023, Mr. Arroyo made an initial appearance on a *Petition for Warrant for Person Under Supervision*. (ECF No. 3). At that time, the Federal Defender's Office was appointed to represent Mr. Arroyo and requested a continuance of the detention hearing until Wednesday, June 7, 2023. (ECF No. 6).

2. By this stipulation, Mr. Arroyo now moves to continue the detention hearing for one additional day, until **June 8, 2023 at 2:00 PM before Magistrate Judge Delaney**.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Defense counsel is in the process of investigating and arranging a release plan and

package to present to the Court at the detention hearing. This package includes support letters from individuals in the community. In addition, defense counsel is investigating Mr. Arroyo's other pending legal matters as they relate to the issue of risk of flight and danger to the community.

b) Defense counsel needs additional time to complete her investigation and preparation.

c) Defense counsel believes that the failure to grant the above-requested continuance would deny her the opportunity to present the strongest, most complete release plan to the Court, and therefore establishes good cause to continue the detention hearing.

d) The government does not object to the continuance.

IT IS SO STIPULATED.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: June 5, 2023          /s/ Meghan D. McLoughlin
                             MEGHAN D. McLOUGHLIN
                             Assistant Federal Defender
                             Attorney for Defendant
                             EDDIE SIGFREDO ARROYO

**ORDER**

**IT IS SO FOUND AND ORDERED** this 5th day of June, 2023.

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE